UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER 23-252 |
| WILLIE WOOLRIDGE | * | SECTION "E" |

### DEFENDANT'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TRIAL AND PRETRIAL CONFERENCE

**NOW INTO COURT,** comes defendant, Willie Woolridge, who respectfully moves this Honorable Court for a continuance of the trial in this matter, which is presently set for February 5, 2024, and the pre-trial conference, which is presently set for January 16, 2024. This request is made for the following reasons:

1.

Title 18, United States Code, Section 3161(h)(7)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a court's findings that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence.

2.

Undersigned counsel respectfully requests additional time to review the discovery, investigate the facts of the case, and to confer with her client.

3.

Title 18, United States Code, Sections 3161(c)(1) and (2) require that a trial commence not less than thirty nor more than seventy days from the defendant's appearance in court on the formal charges. Defendant Willie Woolridge was arraigned on the indictment on December 13, 2023. The trial in this matter was originally set for February 5, 2024. This is the first trial setting.

4.

In view of the above considerations, the granting of this motion would be in the best interests of justice and would outweigh the interests of the public and the defendant in a speedy trial.

5.

The Government, through Assistant United States Attorney Michael Trummel, has been contacted and has no objection to this motion.

6.

The defendant has no objection to this motion.

**WHEREFORE**, for the reasons stated herein, defendant Willie Woolridge respectfully requests that the trial and pretrial conference in the captioned matter be continued.

Respectfully submitted, this 10th day of January, 2024.

        CLAUDE J. KELLY
        Federal Public Defender


        /s/ Valerie Welz Jusselin
        VALERIE WELZ JUSSELIN
        First Assistant Federal Public Defender
        Hale Boggs Federal Building
        500 Poydras Street, Suite 318
        New Orleans, Louisiana 70130
        Telephone: (504) 589-7930
        Email: valerie_jusselin@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Michael Trummel, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/ Valerie Welz Jusselin
VALERIE WELZ JUSSELIN
First Assistant Federal Public Defender