UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER 23-252 |
| WILLIE WOOLDRIDGE | * | SECTION "E" |

### O R D E R

The foregoing considered,

**IT IS ORDERED** that trial in the above-captioned matter is hereby continued until the _____ day of _____, 2024, at _____ A.M. A final pretrial conference is scheduled for the _____ day of _____, 2024, at _____.M.

This motion is granted after explicitly finding that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial. This finding is made pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv). It is specifically found that failure to grant such a continuance, in the case when taken as a whole, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, this motion is granted.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE