UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER 23-252 |
| WILLIE WOOLRIDGE | * | SECTION "E" |

### EX-PARTE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL

**COMES NOW** First Assistant Federal Public Defender Valerie Welz Jusselin, who, being present counsel of record for defendant Willie Woolridge, in the above entitled and numbered proceeding, respectfully moves this Honorable Court for the entry of an order granting the Office of the Federal Public Defender leave to withdraw as counsel of record in the instant proceeding; said order to further direct the appointment of Judson Mitchell, Esquire, a member of the Criminal Justice Act Panel, as new counsel for the defendant. As grounds for this motion, present counsel shows that:

Counsel for defendant avers that the interest of the defendant, and the ends of justice would best be served by permitting present counsel to withdraw as counsel of record in this matter, at which time Judson Mitchell, Esquire will be appointed to represent defendant.

Respectfully submitted this 17th day of May, 2024.

        CLAUDE J. KELLY
        Federal Public Defender

        <u>/s/Valerie Welz Jusselin</u>
        VALERIE WELZ JUSSELIN
        First Assistant Federal Public Defender
        Hale Boggs Federal Building
        500 Poydras Street, Suite 318
        New Orleans, Louisiana 70130
        Telephone: (504) 589-7930
        Email: valerie_jusselin@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Michael Trummel, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Willie Woolridge.

/s/Valerie Welz Jusselin
VALERIE WELZ JUSSELIN