## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET** |
| **VERSUS** | * | **NUMBER 23-252** |
| **WILLIE WOOLRIDGE** | * | **SECTION "E"** |

## ORDER

The foregoing motion considered,

**IT IS ORDERED** that First Assistant Federal Public Defender Valerie Welz Jusselin, and the Office of the Federal Public Defender, be and hereby is permitted to withdraw as counsel of record for defendant, Willie Woolridge, in the above entitled and numbered proceeding.

**IT IS FURTHER ORDERED** that Judson Mitchell, Esquire, a member of the Criminal Justice Act Panel, be and hereby is appointed to represent the defendant in this matter.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE